UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  CHAPTER 13
Megan Ann Bondie  CASE NO. 19-42423-PJS
 JUDGE PHILLIP J SHEFFERLY

Debtor _____/

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Trustee objects to debtor's failure to disclose roommate's financial contribution, health care deductions, and removal of retirement deduction on Schedule I.

2. Trustee objects as debtor's petition fails to list the correct zip code for debtor's address.

3. Trustee requires debtor provide a copy of the 2018 income tax return with all W-2s/1099s.

4. Trustee requires debtor to remit the 2018 income tax refund to the Trustee within 14 days of receipt.

5. Trustee requests all available post-petition pay stubs in order to verify debtor's income. Trustee requires the pay stubs to be received by the Trustee immediately.

6. Trustee objects to debtor's failure to disclose electronics on Schedule B. Trustee requests amendment of same.

7. Trustee requires verification of monthly rent expense.

**Wherefore,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

Dated: April 17, 2019

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ MARIA GOTSIS
Krispen S. Carroll (P49817)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Megan Ann Bondie

CHAPTER 13
CASE NO. 19-42423-PJS
JUDGE PHILLIP J SHEFFERLY

Debtor                                          /

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

BABUT LAW OFFICES PLLC
700 TOWNER STE 1
YPSILANTI, MI 48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Megan Ann Bondie
1788 Victor Street
Ypsilanti, MI 48197

April 17, 2019

/s/ Barb Ecclestone
BARB ECCLESTONE
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com